UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

**FILED**
OCT 13 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JAHEIM YOUNG,  )<br>  )<br>Defendant.  ) | 4:21CR566 RLW/NAB |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 18, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**JAHEIM YOUNG,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about July 18, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**JAHEIM YOUNG,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Count One.

In violation of Title 18, United States Code, 924(c)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about May 21, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**JAHEIM YOUNG,**

the Defendant herein, knowingly received a firearm, knowing he was under indictment for a crime punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(n).

## COUNT FOUR

The Grand Jury further charges that:

On or about March 3, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**JAHEIM YOUNG,**

the Defendant herein, knowingly received a firearm, knowing he was under indictment for a crime punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney